```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-01785-HWV
Ashley Peters                                                           Chapter 13
Ronald Peters, III
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini              Page 1 of 2              Date Rcvd: Nov 16, 2017
                              Form ID: ntcnfhrg           Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db/jdb         +Ashley Peters,    Ronald Peters, III,    1719 Cape Lookout Street,    Chambersburg, PA 17202-8121
4915196        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
4965321         BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA FL 33631-3785
4915197        +Bank of America,    PO Box 45144,    Jacksonville, FL 32232-5144
4915199        +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
4915200        +Citicards,    PO Box 6241,    Sioux Falls, SD 57117-6241
4915201        +Comenity Bank/ Bon Ton,    PO Box 182789,    Columbus, OH 43218-2789
4915202        +Constance Wilkins,    2122 Hillview Drive,    Fayetteville, PA 17222-9554
4915203        +Corning Federal Credit Union,    One Credit Union Plaza,    PO Box 1450,
                 Corning, New York 14830-1050
4937953        +Franklin County Adult Probation,    Attn: Payment Department,    440 Walker Road,
                 Chambersburg, PA 17201-9798
4915205        +Keystone Health,    820 Fifth Avenue,    Chambersburg, PA 17201-4219
4915209         Northland Group Inc.,    PO Box 490905,    Minneapolis, MN 55439
4989046         Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4915211        +Scotland Podiatry,    1920 Scotland Avenue,    Chambersburg, PA 17201-1450
4915212        +Sears/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
4915213        +Summit Anesthesiology,    785 5th Avenue, Suite 3,    Chambersburg, PA 17201-4232
4915214        +Summit Health- Chambersburg Hosp,    112 N. Seventh Street,    Chambersburg, PA 17201-1720
4915219        +TD Bank/ Target,    PO Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4915198        +E-mail/Text: banko@berkscredit.com Nov 16 2017 18:52:10      Berks Credit and Collections,
                 900 Corporate Drive,    Reading, PA 19605-3340
4915204        +E-mail/Text: bnc-bluestem@quantum3group.com Nov 16 2017 18:52:32       Fingerhut,
                 6250 Ridgewood Road,    St. Cloud, MN 56303-0820
4915206        +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 16 2017 18:52:04       Kohl’s,    PO Box 3115,
                 Milwaukee, WI 53201-3115
4988906         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2017 18:59:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4988968         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2017 18:59:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4989201         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2017 18:59:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4963365         E-mail/Text: camanagement@mtb.com Nov 16 2017 18:52:11      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
4915207        +E-mail/Text: camanagement@mtb.com Nov 16 2017 18:52:11      M&T Mortgage,    PO Box 900,
                 Millsboro, DE 19966-0900
4915208        +E-mail/Text: Bankruptcies@nragroup.com Nov 16 2017 18:52:38      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4915723        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2017 18:59:20
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4915210        +E-mail/Text: bankruptcy@patriotfcu.org Nov 16 2017 18:52:21      Patriot Federal Credit Union,
                 800 Wayne Avenue,    Chambersburg, PA 17201-3810
4955255         E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2017 18:52:12
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
4915215        ++E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 18:53:36      Synchrony Bank/ Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
4915216        ++E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 18:53:36      Synchrony Bank/Old Navy,
                 PO Box 965005,    Orlando, FL 32896-5005
4915217        ++E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 18:53:50      Synchrony Bank/Wolf’s Furniture,
                 PO Box 965036,    Orlando, FL 32896-5036
4915218        ++E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 18:53:36      Syncrony Bank/Lowes,
                 PO Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0314-1           User: CGambini            Page 2 of 2              Date Rcvd: Nov 16, 2017
                               Form ID: ntcnfhrg         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
           D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Kevin Matthew Taccino    on behalf of Debtor 2 Ronald  Peters, III sthlaw-kmt@pa.net
          Kevin Matthew Taccino    on behalf of Debtor 1 Ashley  Peters sthlaw-kmt@pa.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 6
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ashley Peters<br>fka Ashley Sawyer<br>Ronald Peters III<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:17−bk−01785−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**December 15, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd<br>Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: January 17, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 16, 2017 |